GARDEN OF MEMORIES, INC. v. FOREST LAWN MEMORIAL
PARK ASSOCIATION, *ET AL.*

July 1, 1970. Petition for certification denied. (See 109
*N. J. Super.* 523.)

STATE OF NEW JERSEY v. CLEOPHEOUS MAYERS, JR.

July 1, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT MAUTE

July 1, 1970. Petition for certification denied.

RICHARD J. FITZMAURICE v. VAN VLAANDEREN MACHINE
COMPANY, *ETC., ET AL.*

July 1, 1970. Petition for certification granted. (See 110
*N. J. Super.* 159.)

ALBERT S. GROSS. NELSON G. GROSS AND R. MICHAEL
GROSS, t/a GROSS AND GROSS, A PARTNERSHIP v.
NATIONAL APPLICATORS, INC., *ET AL.*

July 1, 1970. Petition for certification denied.

JULIO CESTERO IND. AND *PER QUOD, ET AL.*
v. JENNIE FERRARA.

July 1, 1970. Petition for certification granted. (See 110
*N. J. Super.* 264.)